IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CaseNo. 07-252-05/09/10/11/14/15-CR-W-DGK |
| | ) | |
| (5)   ERNEST KANGARA, | ) | |
| (9)   KENNETH NJAGI, | ) | |
| (10)  BERNARD NYEMBA, | ) | |
| (11)  PAUL NYUMU, | ) | |
| (14)  EDWIN SILA, and | ) | |
| (15)  ERVIN SOMBA, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Western District of Missouri hereby dismisses without prejudice all charges in the Indictment (Doc. No. 1) filed against defendants Ernest Kangara, Kenneth Njagi, Bernard Nyemba, Paul Nyumu, Edwin Sila, and Ervin Somba.

 *s/ Gene Porter*
Gene Porter
Deputy United States Attorney
Criminal Division Chief

Leave of court is granted for the filing of the foregoing dismissal.   Any unserved arrest warrants issued in connection with said defendants are hereby recalled and the United States Marshals Service shall forthwith return to the Clerk of the District Court any such unserved arrest warrants.

 /s/ Greg Kays
Greg Kays
Chief United States District Court Judge

Date:   September 22, 2017